FILED

MAR 0 8 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  a cc  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 15CR00584-BTM |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| CYNTHIA NAVARRO TREJO, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, *the Defendant has complied with the conditions of diversion program* the Information in the above entitled case is dismissed without prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

IT IS SO ORDERED.

DATED: 3-8-2016            .

_____
HONORABLE RUBEN B. BROOKS
United States Magistrate Judge